**DENIED and Opinion Filed June 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00601-CV
No. 05-19-00602-CV
No. 05-19-00603-CV
No. 05-19-00604-CV
No. 05-19-00605-CV

**IN RE SAMUEL RAITHEL GROSS, Relator**

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. PR-70-02216, PR-70-02216-2-D, PR-08-2070-2,**
**PR-11-3340-2, and PR-12-4119-1**

## MEMORANDUM OPINION
Before Justices Brown, Schenck, and Reichek
Opinion by Justice Reichek

Before the Court is relator's petition for writ of mandamus in which relator seeks a writ of

mandamus ordering the probate court to complete an accounting of his mother's estate. To be

entitled to mandamus relief, a relator must show both that the trial court has clearly abused its

discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d

124, 135–36 (Tex. 2004) (orig. proceeding). "Due to the extraordinary nature of the remedy, the

right to mandamus relief generally requires a predicate request for action by the respondent, and

the respondent's erroneous refusal to act." *In re Coppola*, 535 S.W.3d 506, 510 (Tex. 2017) (orig.

proceeding) (citing *In re Perritt*, 992 S.W.2d 444, 446 (Tex. 1999) (orig. proceeding)). Based on

the record before us, we conclude relator has not shown he is entitled to the relief requested because

he has presented no evidence that he has requested an accounting from the trial court and that the trial court has refused to act. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Amanda L. Reichek/

AMANDA L. REICHEK<br>
JUSTICE

190601F.P05